VERNON ASSOCIATES, INC., Respondent, v. TEELO REALTY COMPANY, INC., and Others, Appellants.— Order denying defendants' motion for judgment on the pleadings in an action to recover damages for conspiracy to defraud reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to the plaintiff to plead over within ten days upon payment of said costs. In our opinion, the complaint does not allege facts showing actual damage, or from which the same can be reasonably inferred. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

MARY WENZEL, Appellant, v. CHARLES WENZEL, Respondent.— Order granting defendant's motion to suspend payment of alimony under a judgment in a separation action until plaintiff joined in the execution of a mortgage upon certain property of the defendant reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, the making of the order appealed from was an abuse of discretion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

RUTH R. YOUNG, Respondent, v. LEWIS G. YOUNG, Appellant.— Order directing defendant to pay temporary alimony and counsel fees modified by reducing the allowance for temporary alimony to the sum of $800 per month, and by reducing the allowance for counsel fees to the sum of $3,000. As so modified the order is affirmed, without costs. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

WINIFRED CORBIN, Respondent, v. NATIONAL ACCIDENT SOCIETY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

NATHAN EPSTEIN, Appellant, v. NETTACK REALTY CORPORATION, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

GRACE HOFFMANN, an Infant, etc., and FRANK HOFFMANN, Respondents, v. CYPRESS HILLS SPORTING CLUB, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of QUEENS COUNTY BAR ASSOCIATION in Respect of WILLIAM A. MOLLER, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ABRAHAM JACOBS, Respondent, v. SAMUEL TANNENBAUM, Appellant. GERTRUDE SUSKIND, Respondent, v. SAMUEL TANNENBAUM, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.